PER CURIAM.

▮▮▮▮▮▮

(No. 75-CC-112— ▮▮▮▮▮▮▮▮▮

OFFICE EQUIPMENT CO. OF CHICAGO, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILD AND FAMILY SERVICES, Respondent.

*Opinion filed March 3, 1975.*

355

OFFICE EQUIPMENT CO. OF CHICAGO, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM. 